| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) BARKER, SARAH E. | 2. Court or Organization US District Court, SC, IND | 3. Date of Report 05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE ARTICLE III | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 46 EAST OHIO STREET, ROOM 210 INDIANAPOLIS, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President 2008-2009 | Federal Judges Association |
| 2. Director 2008-2009 | Clarian Health Partners, Inc. (non-profit) |
| 3. Director 2008-2009 | Indiana Historical Society |
| 4. Director 2008-2009 | Advanced Science and Technology Adjudication Resource Center, Inc. (ASTAR) board (formerly EINSHAC) |
| 5. Director/Member of the Corporation, 2008-2009 | Methodist Health Group Inc. (non-profit) |
| 6. Board of Advisors 2008-2009 | Spirit and Place, Community Fesitval |
| 7. | |
| 8. | |
| 9. | |

2009 MAY 11 P 3: 38 RECEIVED FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Barker_Sarah_E

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 5/2-5/2008 | Arlington, Virginia | Board meeting | Transportation, meals, lodging |
| 2. Federal Magistrates Judges Association | 7/8-11/2008 | Seattle, Oregon | Represent FJA at workshop | Transportation, meals, lodging |
| 3. Federal Judges Association | 12/02-3/2008 | Washington, DC | Board meeting | Local transportation, meal |
| 4. PricewaterhouseCoopers | 2/18-21/2009<br>--cancelled | Dana Point, California | Speech--Leadership Forum | Transportion reimbursed after meeting was cancelled |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE | | None |
| 2. | SEE "ADDITIONAL INFORMATION FOR EXPLANATIONS" | | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bose McKinney & Evans Retirement Plan, Common Trust Fund | B | Dividend | | | Distributed | 05/22 | M | | See explanatory note |
| 1.a. Kirr Marbach Equity Fund | | None | | | Distributed | 05/22 | K | | See explanatory note |
| 1.b. Private Capital Management Equity Fund | | None | | | Distributed | 05/22 | K | | See explanatory note |
| 1.c. Vanguard Wellington Balanced Fund (VWENX) | | None | | | Distributed | 05/22 | K | | See explanatory note |
| 1.d. Vanguard Intermediate Term Bond Index Fund (VBILX) | A | Dividend | | | Distributed | 05/22 | J | | See explanatory note |
| 1.e. Vanguard Reit Index Fund (VGSLX) | B | Dividend | | | Distributed | 05/22 | K | | See explanatory note |
| 1.f. Vanguard International Value Fund (VTRIX) | | None | | | Distributed | 05/22 | L | | See explanatory note |
| 2. Indianapolis Post Office Credit Union, Account | B | Interest | K | T | | | | | |
| 3. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 4. EuroPacific Growth Fund, Los Angeles, CA, IRA | | | | | | | | | |
| (Mutual Fund) | A | Dividend | J | T | Sold (part) | 06/20 | J | | See explanatory note |
| 5. BlackRock Global Allocation Fund, Inc., IRA (Mutual Fund) | B | Dividend | L | T | | | | | |
| 6. Merrill Lynch Retirement Reserves (IRA Money Accounts) | A | Interest | J | T | | | | | See explanatory note |
| 7. CISCO Systems, Inc., Common Stock | | None | J | T | | | | | |
| 8. JP Morgan Chase Bank | A | Interest | K | T | | | | | |
| 9. Hartford Whole Life | | None | J | T | | | | | |
| 10. Franklin Templeton Founding Funds Allocation Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| (FFACX) (Mutual Fund) | A | Dividend | K | T | Buy | 04/14 | K | | |
| 11. General Electric, Common Stock | | None | J | T | Buy | 10/20 | J | | |
| 12. General Motors, Common Stock | | None | J | T | Buy | 11/11 | J | | |
| 13. Ivy Global Natural Resources A (Mutual Fund) (IRA) | B | Dividend | J | T | Buy | 05/27 | J | | |
| 14. Ivy International Core Equity A (Mutual Fund) (IRA) | B | Dividend | K | T | Buy | 05/27 | K | | |
| 15. Waddell & Reed Advisors Core Investment A (Mutual Fund) | | | | | | | | | |
| (IRA) | A | Dividend | J | T | Buy | 05/27 | K | | |
| 16. Waddell & Reed Advisors Science and Technology A | | | | | | | | | |
| (Mutual Fund) (IRA) | A | Dividend | J | T | Buy | 05/27 | J | | |
| 17. Waddell & Reed Advisors High Income A (Mutual Fund) | | | | | | | | | |
| (IRA) | A | Dividend | J | T | Buy | 05/27 | J | | |
| 18. Ivy Real Estate Securities A (Mutual Fund) (IRA) | A | Dividend | J | T | Buy | 05/27 | J | | |
| 19. Waddell & Reed Advisors Small Cap A (Mutual Fund) (IRA) | A | Dividend | K | T | Buy | 05/27 | K | | |
| 20. Waddell & Reed Advisors Asset Strategy A (Mutual Fund) | D | Dividend | K | T | Buy | 05/27 | K | | See explanatory note |
| | | | | | Buy | 06/30 | J | | See explanatory note |
| 21. Waddell & Reed Advisors Government Securities A (Mutual | | | | | | | | | |
| Fund) (IRA) | A | Dividend | K | T | Buy | 05/27 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VI: ███████████████████ has graduate educational loans which are occasionally listed, wrongfully, on ██████ credit report. However, ██████ is the only signatory on such loans, and neither the reporting person nor ███████ is involved in such loans in any legal capacity.

Section VII (1) and (1a) through (1f): The entire interest in the "Bose McKinney & Evans Retirement Plan" was distributed and rolled over directly into the new IRA investments set out in items (13) through (21).

Section VII (4): The partial sale of the IRA asset, "EuroPacific Growth Fund," on 06/20/08 was rolled over directly into the second purchase (on 6/30/08) of the IRA asset listed at item (20), "Waddell & Reed Advisors Asset Strategy A" Mutual Fund. See also the note below in regards to such section VII (20).

Section VII (6): "Merrill Lynch Retirement Reserves" is an aggregated and occasionally reportable, temporary accumulation of IRA cash held as reserves and/or swept into deposit accounts in Merrill Lynch banks. This is in essence a cash flow phenomenon which occurs to varying degrees within IRA accounts prior to dividends, etc., being automatically reinvested in the underlying holdings, which themselves produced the dividends. Such underlying holdings are disclosed fully elsewhere in Section VII.

Section VII (20): Two transactions are listed here (from the two different rollover sources described above), but they merge into the same asset ("Waddell & Reed Advisors Asset Strategy A" Mutual Fund).

| Name of Person Reporting | Date of Report |
|---|---|
| BARKER, SARAH E. | 05/05/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544